FILED
2012 Dec-27  AM 08:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION

N.P., by and through his        }
therapeutic foster parent,      }
advocate, and next friend,      }
L.S.,                           }       CIVIL ACTION NO.
                                }       11-AR-3463-S
     Plaintiff,                 }
                                }
     v.                         }
                                }
THE MIDFIELD CITY BOARD OF      }
EDUCATION,                      }
                                }
     Defendant.                 }
```

## **MEMORANDUM OPINION**

The submission order entered by the court on December 3, 2012, provided that plaintiff respond to defendant's motion for summary judgment on or before 4:30 p.m., December 26, 2012.  Although Louis Simmons, who is apparently the "L.S." named in the above-entitled case as "therapeutic foster parent, advocate, and next friend" of N.P., wrote a long letter to the undersigned judge, the letter does not comply with the Federal Rules of Civil Procedure.  Accordingly, although the letter and its attachments cause the court to express its sympathy for both L.S. and N.P., the court has instructed the Clerk not to file the non-complying letter, which, if it had been filed, would not affect the outcome.  The letter does not even reflect that counsel for defendant was sent a copy.

For the reasons outlined in defendant's motion and accompanying materials, and because the court is convinced that L.S. has no standing to represent N.P., defendant's motion for

summary judgment will be granted, except that the dismissal will be without prejudice.

A order effectuating this opinion will be separately entered.

DONE this 27th day of December, 2012.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE